# Exhibit A

Thomas and Carol Coburn

███████████
███████ ███

February 28, 2022

Honorable Judge Geraci:

Re Sentencing of Dale Trimmer

Dear Judge Geraci:

We have been asked by The Federal Defender's office to write to you about Dale Trimmer in relation to his sentencing.

Up until the time of his arrest we lived next door to him for almost 11 years. During that time, we had no indication whatsoever of his past experiences with the law, and we never saw anything suspicious during any times we were in his company. We were shocked to read of his arrest online when we were out of town.

He was a good neighbor and seemed proud of his service to his country in the Navy and as such flew the US flag and the Navy flag on his home. He kept his yard and garage in impeccable shape and was always working to improve the residence. He was very helpful to us when we needed help shoveling, working outside and he and his wife watched our house when we were away in Florida during the winters. He seemed to take pride in his job at a Rochester grocery store.

We know that his wife has divorced him and that he will be on his own in the future. We certainly wish him the best.

*Carol F Coburn*
*Thomas Coburn*

Carol and Tom Coburn

# Exhibit B



Search by Name

# Shirley Anne Trimmer

Send Flowers

Share

**T**rimmer, Shirley Anne
Palmyra: 59, died on Mon., July 27, 2009. Shirley was born on June 13, 1950 in Waynesboro, PA the daughter of Clarence R. and Jessie Smith Dresser. She enjoyed arts and Crafts and flower gardening and will be sadly missed by her co-workers at Crest Manor Living Center in Fairport. Shirley is predeceased by her father Clarence R. Dresser Sr. and her brother Clarence R. Dresser Jr. She is survived by her mother Jessie W. Dresser; her son Dale Trimmer; brother and sister-in-law Ken and Brenda Dresser; sister and brother-in-law Mary Lou and Don Liberatore; several nieces and a nephew. Family and friends may call from 11-1pm on Fri., July 31 at the Robert L. Yost Funeral Home, Inc., 123 W. Main St., Palmyra. A graveside prayer service will follow in White Haven Memorial Park. Please consider memorials to the American Cancer Society, 1400 N. Winton Rd., Rochester, NY 14609.

Published by Rochester Democrat And Chronicle on Jul. 30, 2009.

# Exhibit C

1/24/22

TO: Whom It May Concern
FROM: Mike Burns, MSW
SUBJ: Dale Trimmer

Dale Trimmer is a Veteran inmate on the Veteran's Unit at the Monroe County, NY Jail.

Dale is doing very well on the Veteran's Unit. Dale attends and participates in groups. Groups consist of but are not limited to - Anger Management - Veterans and Incarceration - 3 Main Reasons Veterans are Incarcerated - The Fine Bone Languages - Recovery Work (Seeking Self Worth) - 10 Reasons Addicts Fail In Recovery - Physical and Mental Effects of Drugs, etc. Dale has learned to open up and share and become a part of the discussion. Dale has grown a great deal and is discovering who he is as a person.

Please excuse this hand written note as my computer is not functioning properly. Please call me if you have any questions.

Sincerely,
Mike Burns, MSW
Rehabilitation Counselor
130 P Plymouth Avenue
Rochester, NY 14614
(585) 753-4205

4/12/22

TO: Whom It May Concern
FROM: Mike Burns, MSW
SUBJ: Dale Trimmer

Dale Trimmer is a Veteran inmate on the Veterans Unit at the Monro County, NY, Jail. Dale is doing very well on the Unit. Dale always attends and participates in groups. Groups consist of but are not limited to: Anger Management - Veterans and Incarceration - The Aim Home Languages - Recovery Work (Seeking Self Worth - Security & Significance) - 10 Reasons Addicts Bail In Recovery - Physical and Mental Effects of Drugs, etc. Dale is very engaged during these and other groups. He has learned to open up and share/become an integral member of the discussion and has grown as a person! Dale has remorse for his crime.

Please excuse this hand written note - as my computer is not functioning properly. Please call me if you have any questions.

Sincerely,

Mike Burns, MSW
Rehabilitation Counselor
Monroe County, NY, Jail
130 South Plymouth Avenue
Rochester, NY 14614
(585) 753-4205

TO: Whom It May Concern  6/14/22
FROM: Mike Burns, MSW
SUBJ: Dale Trimmer

Dale Trimmer is a Veteran inmate on the Veteran's Unit at the Monroe County, NY Jail. Dale is doing very well on the Veteran's Unit. Dale attends and participates in groups. Groups consist of - but are not limited to - Anger Management - Veterans and Incarceration - 3 Main Reasons Veterans are Incarcerated - The Five Love Languages - Recovery Work (Seeking Self Worth) - 10 Reasons Addicts Fail In Recovery - Physical and Mental Effects of Drugs, Inc. Dale has learned to open up and be a leader during these groups. Dale has been a trustee and gets along well with his peers and staff. Dale would benefit from treatment.

Please excuse this hand written note as my computer is not functioning properly. Please call me if you have any questions.

Sincerely,

Mike Burns, MSW
Rehabilitation Counselor
Monroe County, NY Jail
130 So. Plymouth Avenue
Rochester, NY 14614
(585) 753-4205

# Exhibit D



# Office of the Sheriff
MONROE COUNTY
"ONE TEAM"



Sheriff Todd K. Baxter                    Undersheriff Korey K. Brown

**130 SOUTH PLYMOUTH AVENUE, ROCHESTER, NY 14614**

December 16, 2021

Honorable Frank P. Geraci Jr
United States District Judge
United States Courthouse
100 State Street
Rochester, New York 14614

Dear Honorable Judge Frank P. Geraci,

   Mr. Dale Trimmer( ID 243071) is assigned to the Veteran's Unit at the Monroe County Jail. Mr. Trimmer completed the Anger Management Class on December 14, 2021.  This program entitled Cage Your Rage : An Inmate's Guide to Anger Control was designed by the American Correctional Association . The curriculum focused on Anger Past and Present, Anger and Aggression/Violence, What Causes Anger, and How to Manage Your Anger ( Stress Management) . The instructor was John Steiner, Licensed Social Worker.
   If you have any questions about this course, please contact John Steiner at johnnsteiner@yahoo.com

Sincerely,

Sabra Hickam

Sabra Hickam
Educational Coordinator
Monroe County Jail
585/753-3042
SHickam@monroecounty.gov



WE ARE PROFESSIONALS
WWW.MONROECOUNTYSHERIFF.INFO

# CERTIFICATE OF COMPLETION

Dale E. Trimmer
ANGER MANAGEMENT CLASS
MONROE COUNTY JAIL
DATE December 14, 2021

Instructor: John N. Steiner Sr.

# Exhibit E

July 7, 2022

Hon. Frank P. Geraci, Jr
District Court Judge
100 State Street
Rochester, NY 14614

RE: Dale Trimmer

Your Honor:

I had an inappropriate relationship with someone I thought was a teenage girl. I am disgusted with myself, sometimes to the point of being physically ill, and not sleeping, knowing I allowed myself to do this. I'm very sorry for what I did. There are no excuses for my actions.

There are things about my life I would like to share with you. By no means, are these excuses for what I've done.

To begin, I'm an only child who grew up in the town of Macedon, in Wayne County. My homelife was very stressful. Rarely were there verbal arguments between my parents. They fought by silence. I could either be found in my room with the door closed, or outside playing with the neighborhood kids to get away. My body was constantly in knots, like a rubber band. The longest period of time I can recall this silence lasting was seven weeks. Everyday I "walked on eggshells," in fear of getting yelled at for no reason. Along with what I was going through on at home, when I was twelve, I was sexually abused by a babysitter. On weekends during the summers, my parents sent me to my mother's friend's house to play with their kids. It was there that a babysitter took me upstairs while the other kids were outside playing and forced me to do things that I didn't understand, and didn't want to do. Afterwards, I was in a state of shock. I felt numb. With my

2.

home life the way it was, I didn't dare tell my parents.

School for me was also difficult and stressful. Having a port-wine birthmark made me feel different, and school kids seized this as an opportunity to tease and bully me. Despite all of this, I was still able to graduate at the higher end of my class.

After high school, I met my first girlfriend, Rhonda. In the summer of 1994, a year after graduation, we were married. Our first child Zachary, was born three months before we married. Zachary has Down Syndrome. We both were devastated. It was very stressful having a special-needs child as well as us being a young married couple. In November 1994, I enlisted in the US Navy. After completing basic training, I received orders for Naval Air Station Cecil Field, Jacksonville, Florida. The Navy moved Rhonda and Zachary to my duty station. Within a few months, I was sent to my ship, the USS Enterprise CVN-65 aircraft carrier, stationed in Norfolk, Virginia for a two-week training period. While at sea, the ship received a Red Cross message that Rhonda was having a miscarriage. I was flown off the ship to be with her. After returning home to Florida, I learned that Rhonda had become pregnant with a fellow shipmates child. I was distraught and suicidal, which derailed my military career and led to an honorable discharge. Rhonda and I continued our relationship, which was volatile. She struck me with kitchen utensils, or anything else she could find when I didn't do things "her way". I didn't fight back. We had another child, Courtney, in the summer of 1996, when things seemed better between us. However, in 2001, Rhonda and I divorced. She made it difficult to see my children. Between 2006 and 2007, both Zachary and Courtney were adopted by their step father Scott Rommel.

In the summer of 2001, I began volunteering for East Rochester Ambulance, where I quickly became the Director of Operations. In 2003, I became a New York State Certified

3.

First Responder; then in 2004, I upgraded to Emergency Medical Technician. I also took more classes at Monroe Community College to supplement being in the Emergency Medical Services. In the summer of 2008, aided by the Dept of Social Services, I found a stable residence. By October of that same year, I obtained employment at Pricerite, through the Dept. of Social Services Career Start Program. I started as a part-time general stock clerk, then was promoted to full-time overnight Assistant Night Crew Chief. After a year and four months, I moved to a daytime position in the shipping and receiving Dept. I worked for Pricerite for twelve years and four months until the day I was arrested for this crime.

July of 2009 was a devestating month for me. My mother, Shirley, passed away. I felt crushed because I didn't get the chance to say goodbye. In the Fall of 2009, I met my second wife, Tammy. We married in January of 2010. Despite being an instant family (Tammy already having two kids of her own), I considered her a godsend, but we struggled to maintain a positive relationship. Unfortunately, we divorced in September of 2021.

In conclusion, I have made major mistakes in my life, including committing this crime and the one before it. I'm a grown man and I was very wrong to persue a relationship with someone I thought was a teenager. Full responsibility rests on my shoulders alone.

The Veterans Group I'm currently involved with has helped me by opening my eyes and my mind to see what I've done wrong and how not dealing with past issues has affected my behavior. This program has provided the foundation for strong positive change in my life. I have learned critical "tools" to help myself navigate life better going forward and to avoid making the same mistakes again.

4.

I'M GRATEFUL TO HAVE HAD THIS OPPORTUNITY.

RESPECTFULLY SUBMITTED,

*Dale E. Trimmer* (signature)

DALE E. TRIMMER.